707 A.2d 1141

Robert MORRIS, Petitioner,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.

Supreme Court of Pennsylvania.

April 20, 1998.

Robert Morris for petitioner.

## ORDER

PER CURIAM.

AND NOW, this 20th day of April, 1998, the Petition for Allowance of Appeal in this case is GRANTED, limited to the issue of the timeliness of the filing of Petitioner's petition for review in the Commonwealth Court. The matter is RE-MANDED to the Commonwealth Court for a determination of this issue pursuant to this Court's decision in *Smith v. Board of Probation and Parole*, 546 Pa. 115, 683 A.2d 278 (1996).